**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN PETERSON JANVIER
    Plaintiff,

V.                                                            Case No: 6:16-cv-1177-Orl-18DAB

ORANGE COUNTY SHERIFF'S
OFFICE,

    Defendant.

## ORDER

This case was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Plaintiff John Peterson Janvier's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). The Court having reviewed the Report and Recommendation (Doc. 7) entered on July 28, 2016, and there being no objections filed to the Report and Recommendation, hereby

**ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. Plaintiff John Peterson Janvier's Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this 26 day of August, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties